**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRASER VERRUSIO,<br><br>Defendant. | Criminal Case No. 09-cr-00064 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendant's Motion to Vacate, Set Aside and Correct Sentence Pursuant to 28 U.S.C. § 2255, or in the Alternative, Petition for a Writ of Error *Coram Nobis*, ECF No. 162, the government's response in opposition, ECF No. 164, and the underlying record, it is hereby:

**ORDERED** that the defendant's Motion to Vacate, Set Aside, and Correct Sentence Pursuant to 28 U.S.C. § 2255 is DENIED; and it is further

**ORDERED** that the defendant's Petition for a Writ of Error *Coram Nobis* is DENIED.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: April 21, 2017

_____
BERYL A. HOWELL
Chief Judge